Rudolph Fleischer v. Samuel Steinfeld and Others.— Application denied, with ten dollars costs.  Order signed.

Henry W. Mahar v. Harrington Villa Park Sites and Others.— Application granted.  Order signed.

Emanuel W. Bloomingdale v. Mary A. Duffy, as Executrix.— Application granted.  Order signed.

Garret P. Snyder v. Greenhut & Company.— Application denied, with ten dollars costs.  Order signed.

Olive Herbert v. The City of New York.— Motion granted, question to be certified on settlement of order.  Settle order on notice.

Salvatore Spanedda v. John Murphy and Others.— Motion denied, with ten dollars costs.  Settle order on notice.

Charles M. Eaton v. Hartford Fire Insurance Company.— Motion granted on payment of ten dollars costs.

In the Matter of Alfred B. Osgoodby, an Attorney.— Reference ordered, before the official referee.  Settle order on notice.

In the Matter of Sidney R. Lash, an Attorney.— Reference ordered before the official referee.  Settle order on notice.

In the Matter of Maurice B. Rich, an Attorney.— Reference ordered before the official referee.  Settle order on notice.

Elmer E. Alexander and Others, Copartners, Doing Business under the Firm Name and Style of Davis, Reid & Alexander, Respondents, v. American Encaustic Tiling Company, Limited, Appellant.— Judgments affirmed, with costs.  No opinion.

James E. Garner, Respondent, v. Benjamin F. Thomas, Appellant, Impleaded with William M. Smith.— Judgment affirmed, with costs.  No opinion.

Jacob Machlin, Respondent, v. David Grinberg and Adolph Morris, Doing Business under the Firm Name and Style of G. & M. Machlin System, Appellants.— Judgment and order affirmed, with costs.  No opinion.

Lord & Taylor, Appellant, v. Catherine L. Boyer, Respondent.— Judgment and order affirmed, with costs.  No opinion.

Mark I. Knapp, Appellant, v. Adolph Schlesinger and Esther Isenberg, Respondents.— Judgment and order affirmed, with costs.  No opinion.

Catharine Von Horn, Appellant, v. Katharina Amborn (Formerly Known as Katharina Trumpf), Respondent, Impleaded with Louis Drexel.— Judgment affirmed, with costs.  No opinion.

Adrian H. Muller, Respondent, v. Aristocratic Publishing Company, Appellant.— Judgment and order affirmed, with costs.  No opinion.

Sarah Schwartz, as Administratrix, etc., of Herman Schwartz, Deceased, Appellant, v. Minnie Lippmann, as Administratrix, etc., of George Lippmann, Deceased, and Martin Haase, Respondents.— Order affirmed, with costs.  No opinion.

The People of the State of New York ex rel. Conrad H. Brown, Relator, v. Thomas J. Higgins, as Commissioner of the Department of Parks of the City of New York for the Borough of the Bronx, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.  No opinion.